IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00199-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMELL LASHON ALEXANDER (3) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for jail credit. (Doc. No. 91).

The defendant is currently serving a state sentence, (Doc. No. 89: Letter), and has a detainer lodged against him based on a Petition to revoke his federal supervised release, (Doc. No. 73). In the instant motion, he seeks 13 months' credit for time spent in federal pretrial detention prior to sentencing in 2007. (Doc. No. 91 at 1). However, he completed his federal sentence 2015. (Doc. No. 73: Petition at 1). Apparently, the defendant desires to apply that credit to a potential sentence if his supervised release is revoked. (Doc. No. 91 at 2).

It is the responsibility of the Attorney General, through the Bureau of Prisons, to compute jail credit. United States v. Stroud, 584 F. App'x 159, 160 (4th Cir. 2014) (citing United States v. Wilson, 503 U.S. 329, 334-35 (1992)). If a defendant is not given the credit he thinks he deserves, his recourse is first to seek an administrative remedy, 28 C.F.R. § 542.10, and after that to file a petition under 28 U.S.C. § 2241 in the district of confinement. Id.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion to receive jail credit (Doc. No. 91) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: June 28, 2019

Robert J. Conrad, Jr.
United States District Judge